ARABELLA D. HUNTINGTON et al., as Executors of COLLIS P. HUNTINGTON, Deceased, Respondents, *v.* SYLVESTER H. KNEELAND et al., Appellants, Impleaded with Others.

*Huntington* v. *Kneeland,* 102 App. Div. 284, affirmed.
(Argued January 22, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for the foreclosure of a mortgage.

*William E. Kisselburg, Jr., F. Spiegelberg, Sylvester H. Kneeland* and *Henry L. Maxson* for appellants.

*John G. Milburn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.